UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

**FILED**

2:06 pm, 4/8/21

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| STATE OF WYOMING, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) |
| vs. | ) Civil Action No. 21-CV-00056-F |
| | ) |
| | ) |
| | ) |
| THE UNITED STATES DEPARTMENT OF | ) |
| INTERIOR; DEBRA ANNE HAALAND, in her | ) |
| official capacity as Secretary of Interior; THE | ) |
| BUREAU OF LAND MANAGEMENT; NADA | ) |
| CULVER, in her official capacity as acting | ) |
| Director of the Bureau of Land Management; | ) |
| and KIM LIEBHAUSER, in her official capacity | ) |
| as the acting Wyoming State Bureau of Land | ) |
| Management Director, | ) |
| | ) |
| Respondents. | ) |

**AMENDED ORDER GRANTING ADMISSION PRO HAC VICE OF MICHAEL S. SAWYER AS COUNSEL FOR RESPONDENTS THE UNITED STATES DEPARTMENT OF INTERIOR, UNITED STATES DEPARTMENT OF INTERIOR SECRETARY, BUREAU OF LAND MANAGEMENT, BUREAU OF LAND MANAGEMENT ACTING DIRECTOR, BUREAU OF LAND MANAGEMENT WYOMING STATE OFFICE ACTING DIRECTOR**

**THIS MATTER** having come before the Court upon the motion of counsel for the Respondents, The United States Department Of Interior, United States Department Of Interior Secretary, Bureau Of Land Management, Bureau Of Land Management Acting Director, Bureau of Land Management Wyoming State Office Acting Director pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming, for the purpose of admitting

Michael S. Sawyer as Pro Hac Vice counsel in the District of Wyoming. The Court has reviewed this matter, and finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Michael S. Sawyer is hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for an on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this 8th day of April, 2021.

_____
KELLY H. RANKIN,
UNITED STATES MAGISTRATE JUDGE