# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING )<br>)<br>Petitioners, )<br>)<br>vs. )<br>)<br>THE UNITED STATES DEPARTMENT OF )<br>INTERIOR; DEBRA ANNE HAALAND, in her )<br>official capacity as Secretary of Interior; THE )<br>BUREAU OF LAND MANAGEMENT; NADA )<br>CULVER, in her official capacity as acting )<br>Director of the Bureau of Land Management; and )<br>KIM LIEBHAUSER, in her official capacity as the )<br>acting Wyoming State Bureau of Land )<br>Management Director, )<br>)<br>Respondents. )<br>) | Case No. 21-CV-56-J |

## DECLARATION OF DAVID PERRY IN SUPPORT OF MOTION TO INTERVENE

I, David Perry, declare as follows:

1. I am employed by Alterra Mountain Company as Executive Vice President, ESG & Special Projects. Alterra Mountain Company is a family of 15 iconic year-round mountain destinations, offering the Ikon Pass, the globe's newest season pass that invites skiers and riders to seek the unique experiences offered by each mountain. The company owns and operates a range of recreation, hospitality, real estate development, food and beverage, retail, and service businesses. Headquartered in Denver, Colorado, with destinations across the continent, Alterra Mountain Company is rooted in the spirit of the mountains and united by a passion for outdoor adventure. Alterra Mountain Company's family of diverse playgrounds spans six U.S. states and

three Canadian provinces: Steamboat and Winter Park in Colorado; Squaw Valley-Alpine Meadows, Mammoth Mountain, June Mountain and Big Bear Mountain Resort in California; Stratton and Sugarbush Resort in Vermont; Snowshoe in West Virginia; Crystal Mountain in Washington; Deer Valley Resort and Solitude Mountain Resort in Utah, Tremblant in Quebec, Blue Mountain in Ontario and heli-skiing operations in British Columbia. www.alterramtnco.com.

2. Climate change directly threatens the business model of Alterra Mountain Co. and the entire snow sports industry. In fact, the impacts of that warming are already occurring. The Lake Tahoe Basin, where two of our resorts are located (Squaw Valley-Alpine Meadows), could get as much as 9 degrees warmer on average in the coming decades due to human-caused global warming according to a recently published climate change vulnerability assessment[1] for the basin, which has about 65,000 residents and 10 million visitors annually, mostly from California and Nevada.

3. In Utah, where we the Deer Valley Resort and Solitude Mountain Resort, the EPA reported in 2016 that April snowpack has declined at most monitoring sites in Utah and the Upper Colorado River Basin between 1955 and 2013.[2] A report[3] on the impacts of climate change commissioned by the municipality of Park City predicted dire consequences from warming:

> Our economic modeling results indicate that projected decreases in snowpack will have severe economic consequences for the region. By 2030, the estimated decrease in snowpack is estimated to result in $120.0 million in lost output. This lost output is estimated to result in 1,137 lost jobs and $20.4 million in lost earnings (or labor income). By 2050, the potential impacts range from $160.4 million in lost output, $27.2 million in

---

[1] https://tahoe.ca.gov/wp-content/uploads/sites/257/2020/04/Integrated-Vulnerability-Assessment-of-Climate-Change-in-the-Lake-Tahoe-Basin_2020.pdf
[2] https://www.tempestryproject.com/wp-content/uploads/2019/07/climate-change-ut.pdf
[3] http://www.parkcitygreen.org/Documents/2009-Climate-Change-in-Park-City-Report.aspx

lost earnings, and 1,520 lost jobs (low emissions scenarios) to $392.3 million in lost output, $66.6 million in lost earnings, and 3,717 lost jobs (high emissions scenario).

4. Alterra Mountain Company is undertaking numerous operational adaptations due to the changing climate, warming and shorter winters, and threats of severe weather events including wildfires. The natural habitats where we work, live, and operate our businesses are essential to the local, largely rural economies nearby our mountain destinations.

5. Specifically, we continue to invest millions of dollars annually to upgrade our snowmaking systems to be more efficient while using less energy, and to enable our ski area operations make snow during the increasingly shorter windows of cold temperatures early in the winter season. This is needed for holiday-season operations, which is so critical for Alterra as well as the communities where we operate and the tourism businesses that depend on the ski areas to be open. In the past two years we have invested $3.5M at Snowshoe Mountain, WV and are making similar investments at Winter Park, CO as well as other resorts from Mammoth, CA to Squaw Valley, CA to Deer Valley and Solitude, UT.

6. We continue to invest in and pursue options to reduce our energy use and transition from fossil fuel sources of energy to renewables. Some areas where we operate are already transitioning to renewable energy sources through community based Paid Power Agreements. Our Deer Valley, UT resort, which is part of the Park City, UT agreement with Rocky Mountain Power, is moving to 100% renewable sources of electricity. Similarly, our Squaw Valley, CA resort, along with the surrounding Lake Tahoe community, had developed and is executing a power sourcing agreement to provide 100% renewable electricity. Some of our resorts already operate in locations where the local power grid is shifting or is already established with renewable sources, like Stratton and Sugarbush, VT.

7. These investments by Alterra's resorts are directly related to the changing climate

and our stated commitment to moving our operations to carbon-neutral sources of energy. The adaptations to the climate are continuing with snowmaking systems being one of the most visible.

8. Because climate change is a global problem, national-scale policies—like how the United States approaches oil and gas leasing on public lands and offshore—are both necessary to address the problem and also of material impact to the snow-sports industry. According to a U.S. Geological Survey report in 2018, approximately 25 percent of U.S. greenhouse gas emissions result from development of federally owned fossil fuels. Bringing federal policy into alignment with climate goals may have a meaningful impact on climate change and the snow sports industry.

9. For that reason, Alterra Mountain Company supports what Wyoming calls the De Facto Moratorium and President Biden's pause of new federal oil and gas leases while the Interior Department conducts a rigorous review of the national oil and gas program. This is a necessary and prudent step that will allow time for a review of the federal oil and gas program, while pausing the issuance of new leases that can be expected to result in the future extraction and combustion of fossil fuels that directly hamper the recreation economy in Colorado, Wyoming, Utah, California, Vermont, Washington, and the rest of the country by contributing to global warming in a large-scale, systemic fashion. On the other hand, the threat to our business from climate change may be exacerbated if the State of Wyoming succeed in overturning the De Facto Moratorium and leasing pause and requiring the Interior Department to offer additional oil and gas leases.

10. Further, federal leasing practices should properly value the public's assets and also consider the impact of fossil fuel extraction on society and economies. Currently, that is not

the case for much federal oil and gas leasing, where assets belonging to the American people are given away for dimes on the dollar.[4] When combusted, the extracted hydrocarbons inflict harm on society as a whole and Alterra in particular that are not accounted for in the lease transaction. We believe that is why President Biden directed the Secretary of Interior to consider adjusting oil and gas royalty rates. We anticipate that the suspension and review will help correct this current royalty rate and ensure that oil and gas companies pay a fair rate for publicly owned minerals, a rate that includes the associated environmental externalities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 28, 2021

_____
David Perry
Vice President, Sustainability & Special Projects
Alterra Mountain Company

---

[4] https://www.americanprogress.org/issues/green/reports/2019/05/23/470140/backroom-deals/.